IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFERSON CARO FRANCO,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, LINCOLN COUNTY DETENTION CENTER,<br><br>Respondent. | **8:26CV612**<br><br>**ORDER** |

Petitioner has moved for a writ of habeas corpus. Filing No. 1. However, Petitioner was granted the relief he seeks in his previously filed case, 8:26cv569. Accordingly,

1. Petitioner's Petition for Writ of Habeas Corpus, Filing No. 1, is denied as moot.
2. The Clerk of Court is directed to close the case.

Dated this 23rd day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge